ACCEPTED
03-15-00324-CV
7650584
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 6:40:03 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00324-CV

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE COURT OF APPEALS** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **JEAN-MICHEL GUERIN** | § | **THIRD DISTRICT** |
| **AND** | § | |
| **TINA GUERIN** | § | **OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 6:40:03 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S MOTION TO

## EXTEND TIME TO FILE APPELLANT'S BRIEF

NOW Comes Appellant, JEAN-MICHEL GUERIN, and pursuant to Texas Rule of Appellate Procedure 38.6 (d), requests that the Court grant additional time in which to file *Appellant's Brief* as related to an order issued on February 27, 2015, in Cause No. 263,324-E, Jean-Michel Guerin v. Tina Guerin, in the 426th Judicial District, Bell County, Texas.

1. The deadline to file the *Appellant's Brief* was October 30, 2015.

2. Appellant requests an additional 30 days to file *Appellant's Brief*, extending the time until November 30, 2015.

3. Appellant sought and received one prior extension to file the *Appellant's Brief* on or about September 16, 2015.

4. Appellant needs additional time to file the *Appellant's Brief* because he has been unable to adequately prepare and research a brief for this case due to:

a. The military duty requirements referenced in his last request for additional time to file the *Appellant's Brief* experienced unexpected delays and were completed on November 2, 2015.

b. His waiting for the additional findings of fact and conclusions of law that he timely requested from the Trial Court on July 26, 2015.

5. For these reasons, Appellant asks the Court to grant an extension of time to file *Appellant's Brief* until November 30, 2015.

6. This extension of time is sought so that justice may be done and not for purposes of delay.

Respectfully submitted,

*/s/ Jean-Michel Guerin*
**JEAN-MICHEL GUERIN**
Appellant, Pro Se

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with Tina Leone's (formerly known as Tina Guerin) attorney of record, Nathan L. Kennedy, Bar No. 24049190, by email on November 1, 2015, who has not responded to my attempt.

/s/ Jean-Michel Guerin
**JEAN-MICHEL GUERIN**
Appellant, Pro Se


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered on November 3, 2015, by electronic service, fax, and email to all parties and counsel of record as shown below:

Respectfully submitted,

/s/ Jean-Michel Guerin
**JEAN-MICHEL GUERIN**
Appellant, Pro Se
P.O. Box # 340437
Fort Sam Houston, TX 78234
Tel: (803) 673-2401
Fax: (210) 549-2071
E-mail: jm.t.guerin@gmail.com


Counsel for Respondent / Real Party in Interest:
Nathan L. Kennedy; State Bar No. 24049190; 1607 Nueces Street, Austin, Texas 78701; Telephone: (512) 469-0092; Fax: (512) 469-9102; nkennedy@nathankennedylaw.com.